157 So. 452

## J. B. HOLT v. STATE.
### 6 Div. 653.

Supreme Court of Alabama.

Nov. 1, 1934.

D. G. Ewing, of Birmingham, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

THOMAS, Justice.

Petition of J. B. Holt for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Holt v. State, 157 So. 449.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.